UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENVER KARAFILI,<br><br>  Petitioner,<br><br>v.<br><br>JAMES TILTON, et al.,<br><br>  Respondents. | Civil No.   07-1372 BEN (NLS)<br><br>**ORDER DENYING IN FORMA PAUPERIS APPLICATION AND DISMISSING CASE WITHOUT PREJUDICE AND WITH LEAVE TO AMEND** |

Petitioner, a state prisoner proceeding pro se, has not paid the $5.00 filing fee and has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a).

A request to proceed in forma pauperis made by a state prisoner must include a certificate from the warden or other appropriate officer showing the amount of money or securities Petitioner has on account in the institution. Rule 3(a)(2), 28 U.S.C. foll. § 2254; Local Rule 3.2. Petitioner has failed to provide the Court with the required Prison Certificate.

Accordingly, the Court **DENIES** the request to proceed in forma pauperis, and **DISMISSES** the case without prejudice. To have the case reopened, Petitioner must, no later

1  than **October 9, 2007**, provide the Court with: (1) a copy of this Order together with the $5.00
2  filing fee; or (2) a copy of this Order together with adequate proof that Petitioner cannot pay the
3  $5.00 filing fee. **THE CLERK OF COURT IS DIRECTED TO MAIL PETITIONER A**
4  **BLANK MOTION TO PROCEED IN FORMA PAUPERIS FORM.**
5      **IT IS SO ORDERED.**

6  DATED: August 6, 2007

8  _____
   Hon. Roger T. Benitez
9  United States District Judge